**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 21-7236**

─────────────

DERRICK MICHAEL ALLEN, SR.,

       Plaintiff - Appellant,

    v.

DURHAM COUNTY DETENTION FACILITY; SHERIFF CLARENCE BIRKHEAD; MAJOR E. BAZMORE; LIEUTENANT PEELE; ARAMARK; MANAGER PAM,

       Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, Chief District Judge.  (1:21-cv-00031-TDS-LPA)

─────────────

Submitted:  September 22, 2022           Decided:  September 26, 2022

─────────────

Before WILKINSON, DIAZ, and RUSHING, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Derrick Michael Allen, Sr., Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Michael Allen, Sr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Allen's 42 U.S.C. § 1983 complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *Allen v. Durham Cnty. Det. Facility*, No. 1:21-cv-00031-TDS-LPA (M.D.N.C. Aug. 18, 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
